UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JESUS DIAZ, | No. 2:24-cv-1507 KJM CKD P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| E. GONZALES, | |
| Defendant. | |

Plaintiff filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 11) is granted; and

2. Plaintiff is granted until November 15, 2024, to file an amended complaint. Failure to file an amended complaint by that date will result in a recommendation that this action be dismissed.

Dated: September 25, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/hh
diaz1507.36